USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/21/09

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
INFOSINT S.A.,

        Plaintiff,

-against-

H. LUNDBECK A/S, LUNDBECK, INC.,
FOREST LABORATORIES, INC. AND
FOREST PHARMACEUTICALS, INC.,

        Defendants.
-------------------------------------------------------------X

06 CIVIL 2869 (LAK)

**JUDGMENT**

# 09, 2022

    A Jury Trial before the Honorable Lewis A. Kaplan, United States District Judge, having begun on September 29, 2009, and the jury having rendered a special verdict at the conclusion of the trial, it is,

    **ORDERED, ADJUDGED AND DECREED:** That the plaintiff have judgment in the sum of $15,000,000.00 as against the defendants, jointly and severally.

DATED: New York, New York
           October 21, 2009

So Ordered:

_____
U.S.D.J.

J. MICHAEL McMAHON
_____
Clerk of Court

BY: _____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

Infosint S.A.

v.

H. Lundbeck A/S,
Forest Laboratories &
Forest Pharmaceuticals

Case Number: 06cv2869(LAK)

JUDGE: Kaplan

(FULL TITLE OF CASE - IF NECESSARY USE OTHER SIDE)

APPEARANCES: (include firm name and telephone #)  212-908-6317

FOR PLAINTIFF: James Galbraith, Maria Luisa Palmese, and Walter E. Hanley, Jr., Kenyon & Kenyon, One Broadway, New York, NY 10004-1007

FOR DEFENDANT: Peter J. Armenio, Gerald J. Flattmann, Jr., Ellen Scordino, and Jeanne M. Heffernan, Kirkland & Ellis, 601 Lexington Ave, New York, N.Y. 10022  212-446-4960

TRIAL (JURY) ~~NON-JURY~~ BEGUN: (Date)

9/29/09 Jury selected & sworn, trial begun; 9/30/09 trial continued; 10/1/09 Trial Continued and adjourned to 10/5/09; 10/5/09 Trial Continued; 10/6/09 trial continued, plaintiff rested, Defendants Rule 50 motion was denied in part and Reserved in part. Defendants case begun; 10/7/09 trial continued; 10/8/09 trial continued and adjourned to 10/14/09; 10/14/09 Defendant rested and renewed their Rule 50 motion to which the Court deferred to its earlier decision on 10/6/09 and reserved as to patent invalidity, plaintiff's rebuttal case made & concluded; 10/15/09 Jury charged, deliberations begun & concluded and a special verdict returned. (see attached)

(AN EXTRACT OF THE MINUTES)

CLERK: Andrew Mohan

COURT REPORTER: Rebecca Forman & Carol Ganley

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
INFOSINT S.A.,

                         Plaintiff,

           -against-                                        06 Civ. 2869 (LAK)

H. LUNDBECK A/S, LUNDBECK, INC.,
FOREST LABORATORIES, INC. AND
FOREST PHARMACEUTICALS, INC.,

                        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## VERDICT FORM

1. <u>Direct Infringement</u>

   Has plaintiff proved, by a preponderance of the evidence, that Forest infringed Claim 24 of the '973 Patent with respect to the processes listed below?

   (Answer "Yes" or "No" to each process listed below.)

   <u>LUMSAS</u>
   - Carboxyphthalid ra vad udg. 6 and LULUM udg. 1   Yes ✓   No ___

   <u>LUPUK</u>
   - Carboxyphthalide v. 12                             Yes ✓   No ___
   - Carboxyphthalide v. 13                             Yes ✓   No ___
   - Crude LUPUK P5 v. 1                                Yes ___ No ✓

   <u>LUPI</u>
   - PL 1 AU Carbossifthalide Acido Umido               Yes ___ No ✓

   <u>RA Chem</u>
   - 5-carboxyphthalide process                         Yes ___ No ✓

   <u>SF Chem</u>
   - COPWF, COPWF roh Darstellung                       Yes ✓   No ___

   <u>Siegfried CMS</u>
   - 5-carboxyphthalid roh feucht                       Yes ___ No ✓

   <u>Ramdev</u>
   - 5-caroxyphthalide process                          Yes ✓   No ___

   <u>CF Pharma</u>
   - Ftalidsav nyers                                    Yes ___ No ✓

   <u>Blue Circle</u>
   - 5-carboxyphthalide process (2008)                  Yes ___ No ✓

   *(If your answer is "Yes" to any of the processes listed above, proceed to Question 2. If your answer is "No" to all processes, proceed to Question 3.)*

2. <u>Inducing Infringement</u>

   Has plaintiff proved, by a preponderance of the evidence, that Lundbeck induced Forest to infringe Claim 24 of the '973 patent?

   (Answer "Yes" or "No" *only* with respect to any process or processes that you found to infringe in response to Question 1.)

   **LUMSAS**
   - Carboxyphthalid ra vad udg. 6 and LULUM udg. 1    Yes ✓   No ____

   **LUPUK**
   - Carboxyphthalide v. 12    Yes ✓   No ____
   - Carboxyphthalide v. 13    Yes ✓   No ____
   - Crude LUPUK P5 v. 1    Yes ____   No ✓

   **LUPI**
   - PL 1 AU Carbossifthalide Acido Umido    Yes ____   No ✓

   **RA Chem**
   - 5-carboxyphthalide process    Yes ____   No ✓

   **SF Chem**
   - COPWF, COPWF roh Darstellung    Yes ✓   No ____

   **Siegfried CMS**
   - 5-carboxyphthalid roh feucht    Yes ____   No ✓

   **Ramdev**
   - 5-caroxyphthalide process    Yes ✓   No ____

   **CF Pharma**
   - Ftalidsav nyers    Yes ____   No ✓

   **Blue Circle**
   - 5-carboxyphthalide process (2008)    Yes ____   No ✓

   (Proceed to Question 3.)

3. <u>Invalidity - Novelty</u>

   Have defendants proved, by clear and convincing evidence, that Claim 24 of the '973 Patent was anticipated by Forney 1970?

   Yes ____    No ✓

   *(Proceed to Question 4.)*

4

4. <u>Invalidity - Obviousness</u>

Have defendants proved, by clear and convincing evidence, that Claim 24 is invalid because it would have been obvious to one of ordinary skill in the art on January 18, 2000?

Yes \_\_\_\_    No ✓

*(If your answer to Question 1 is "Yes" to any of the processes, proceed to Question 5. If your answer to Question 1 is "No" to all processes, sign your names below and tell the officer you have reached a verdict.)*

5. <u>Damages</u>

Has plaintiff proved, by a preponderance of the evidence, a reasonable royalty and the amount of that reasonable royalty?

Yes ✓    No \_\_\_\_

If you answered "Yes" to Question 5, write in the amount of that reasonable royalty.

$15,000,000
(Fifteen Million)

Please sign your names in the spaces provided, fill in the date, and inform the officer that you have reached a verdict.

[Signatures of jurors]

Date: October 15, 2009