KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, New York  10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSINT S.A.,<br><br>              Plaintiff,<br><br>- against -<br><br>H. LUNDBECK A/S, LUNDBECK, INC.,<br>FOREST LABORATORIES, INC., and<br>FOREST PHARMACEUTICALS, INC.<br><br>              Defendant. | Case No.:   06 CV 2869 (LAK)(RLE)<br><br>**ECF CASE** |

**NOTICE OF MOTION FOR LUNDBECK AND FOREST'S RENEWED FED. R. CIV. P. 50 MOTION FOR JUDGMENT AS A MATTER OF LAW THAT THE RAMDEV PROCESS DOES NOT INFRINGE**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Ellen A. Scordino, the undersigned will move before the Honorable Lewis A. Kaplan, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an Order granting Lundbeck and Forest's Renewed Fed. R. Civ. P. 50 Motion For Judgment As A Matter Of Law That The Ramdev Process Does Not Infringe.

Dated: November 4, 2009

Respectfully submitted,

/s/ Peter J. Armenio

Peter J. Armenio (PA-6827)
Ellen A. Scordino (ES-5127)
Jeanne Heffernan (JH-5708)
Benjamin A. Lasky (BL-5769)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel:   (212) 446-4800
Fax:   (212) 446-4900
Email: peter.armenio@kirkand.com
Email: ellen.scordino@kirkland.com
Email: jeanne.heffernan@kirkland.com
Email: benjamin.lasky@kirkland.com

Attorneys for Defendants
H. Lundbeck A/S, Lundbeck, Inc.
Forest Laboratories, Inc. and
Forest Pharmaceuticals, Inc.