KIRKLAND & ELLIS LLP
Citigroup Center
601 Lexington Avenue
New York, New York  10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSINT S.A.,<br><br>                                  Plaintiff,<br><br>           - against -<br><br>H. LUNDBECK A/S, LUNDBECK, INC.,<br>FOREST LABORATORIES, INC., and<br>FOREST PHARMACEUTICALS, INC.<br><br>                                  Defendant. | Case No.:      06 CV 2869 (LAK)(RLE)<br><br>           **ECF CASE** |

### NOTICE OF LUNDBECK AND FOREST'S MOTION FOR RELIEF FROM, OR RECONSIDERATION OF, ANY JUDGMENT ON THEIR EQUITABLE DEFENSES AND COUNTERCLAIM

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Jeanne M. Heffernan, the undersigned will move before the Honorable Lewis A. Kaplan, Judge of the United States District Court for the Southern District of New York, at the United States District Courthouse, located at 500 Pearl Street, New York, NY 10007, at a time and place to be scheduled by this Court, for an Order granting Lundbeck and Forest's Motion for Relief from, or Reconsideration of, Any Judgment on Their Equitable Defenses and Counterclaim.

Dated:  November 4, 2009

Respectfully submitted,

Peter J. Armenio (PA-6827)
Ellen A. Scordino (ES-5127)
Jeanne Heffernan (JH-5708)
Benjamin A. Lasky (BL-5769)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, New York 10022
Tel:     (212) 446-4800
Fax:     (212) 446-4900
Email: peter.armenio@kirkand.com
Email: ellen.scordino@kirkland.com
Email: jeanne.heffernan@kirkland.com
Email: benjamin.lasky@kirkland.com

Attorneys for Defendants
H. Lundbeck A/S, Lundbeck, Inc.
Forest Laboratories, Inc. and
Forest Pharmaceuticals, Inc.