UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSINT S.A., <br><br> Plaintiff, <br><br> -against - <br><br> H. LUNDBECK A/S, LUNDBECK, INC., and FOREST LABORATORIES, INC., <br><br> Defendants. | Case No.:  06 CV 2869 (LAK) <br><br> ECF Case |

**NOTICE OF INFOSINT S.A.'S MOTION UNDER FED. R. CIV. P. 59(e) TO AMEND THE JUDGMENT ENTERED ON OCTOBER 21, 2009**

TO:   Peter J. Armenio, Esq.
      KIRKLAND & ELLIS LLP
      601 Lexington Avenue
      New York, NY  10022

   PLEASE TAKE NOTICE that at a time and place to be set by the Court, plaintiff Infosint S.A. will move the Court for an order amending the Judgment entered on October 21, 2009. (D.I.177.)

   The grounds for the motion are set forth in the accompanying memorandum and its attached exhibits.

                                        Respectfully submitted,

                                        KENYON & KENYON LLP

November 4, 2009          By:    s/James Galbraith
                                        James Galbraith (JG-4451)
                                        Walter E. Hanley, Jr. (WH-7674)
                                        Maria Luisa Palmese (MLP-5855)
                                        One Broadway
                                        New York, NY 10004
                                        (212) 425-7200 telephone
                                        (212) 425-5288 facsimile
                                        Attorneys for Plaintiff Infosint S.A.