UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INFOSINT S.A.,<br><br>               Plaintiff,<br><br>-against -<br><br>H. LUNDBECK A/S, LUNDBECK, INC., and FOREST LABORATORIES, INC.,<br><br>               Defendants. | Case No.:  06 CV 2869 (LAK)<br><br>ECF Case |

**NOTICE OF INFOSINT S.A.'S RENEWED MOTION UNDER FED. R. CIV. P. 50(b) FOR JUDGMENT AS A MATTER OF LAW THAT THE CITALOPRAM PRODUCTS MADE FROM THE CF PHARMA, LUPI AND SIEGFRIED PROCESSES INFRINGE CLAIM 24 OF U.S. PATENT 6,458,973**

TO:    Peter J. Armenio, Esq.
         KIRKLAND & ELLIS LLP
         601 Lexington Avenue
         New York, NY  10022

      PLEASE TAKE NOTICE that at a time and place to be set by the Court, plaintiff Infosint S.A. will move the Court for judgment as a matter of law that defendants Forest Laboratories, Inc. and Forest Pharmaceuticals, Inc. have infringed claim 24 U.S. Patent 6,458,973 by importing citalopram products made from the CF Pharma, LUPI and Siegfried processes into the United States and selling them in the United States, and that defendant H. Lundbeck A/S has induced that infringement.

2

The grounds for the motion are set forth in the accompanying memorandum of law and its attached exhibit.

                Respectfully submitted,

                KENYON & KENYON LLP

November 4, 2009      By: s/James Galbraith
                James Galbraith (JG-4451)
                Walter E. Hanley, Jr. (WH-7674)
                Maria Luisa Palmese (MLP-5855)
                One Broadway
                New York, NY 10004
                (212) 425-7200 telephone
                (212) 425-5288 facsimile
                Attorneys for Plaintiff Infosint S.A.