UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

INFOSINT S.A.,

        Plaintiff,

-against-

H. LUNDBECK, A/S.,
LUNDBECK INC.,
FOREST LABORATORIES, INC., and
FOREST PHARMACEUTICALS, INC,

        Defendants.

------------------------------------------------------------ x

Civil Action No. 06 CV 02869 (LAK)
ECF CASE

FILED U.S. DC
JUL 09 2010
S.D. OF N.Y.

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Plaintiff Infosint S.A. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Court's Memorandum Opinion and Order, entered June 17, 2010 (D.I. 213), from the Court's Memorandum Opinion and Order, entered May 28, 2009 (D.I. 132), and from all other adverse appealable rulings.

July 9, 2010

Respectfully submitted,

/s/ James Galbraith

James Galbraith (JG-4451)
Walter E. Hanley, Jr. (WH-7674)
Maria Luisa Palmese (MLP-5855)
John R. Kenny (JK-1937)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
(212) 425-7200 telephone
(212) 425-5288 facsimile

Attorneys for Plaintiff Infosint S.A.