USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2 0 APR 2011

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**INFOSINT S.A.,**
*Plaintiff-Appellant,*

v.

**H. LUNDBECK A/S, LUNDBECK, INC., FOREST LABORATORIES, INC., and FOREST PHARMACEUTICALS, INC.,**
*Defendants-Appellees.*

2010-1429

Appeal from the United States District Court for the Southern District of New York in No. 06-CV-2869, Judge Lewis A. Kaplan.

## JUDGMENT

JAMES GALBRAITH, Kenyon & Kenyon, LLP, of New York, New York, argued for plaintiff-appellant. With him on the brief were MARIA LUISA PALMESE, WALTER E. HANLEY, JR., JOHN R. KENNY, and MERRI C. MOKEN.

PETER J. ARMENIO, Quinn, Emanuel, Urquhart & Sullivan, LLP, of New York, New York, argued for defendants-appellees. Of counsel on the brief were ELLEN A. SCORDINO and BENJAMIN A. LASKY, Kirkland & Ellis, LLP, of New York, New York.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (GAJARSA, PROST, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2011
Date

*[signature]* Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 1 2011

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** APR 1 8 2011

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT
IS A TRUE AND CORRECT COPY
OF THE ORIGINAL ON FILE.

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

By: *[signature]* Date: 4/18/11